**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO: 1:15-CV-200-MOC-DSC**

| | |
|---|---|
| **JUAN JOSE RAMIREZ,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **BORGWARNER TURBO SYSTEMS,** | ) |
| **et. al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

**THIS MATTER** is before the Court on Plaintiff's "Request for Extension of Time to Respond …" (document #20) to "Defendants' Motion to Dismiss" (document #17). For the reasons stated therein, the Motion is <u>granted</u>.

<u>Plaintiff is warned that there will be no further extensions of this deadline.</u>

In accordance with <u>Roseboro v. Garrison</u>, 528 F.2d 309 (4th Cir. 1975), the Court advises Plaintiff, who is proceeding <u>pro se</u>, that he has a right to respond to Defendants' Motion. The Court also advises Plaintiff that failure to respond may result in Defendants being granted the relief they seek, that is, the **DISMISSAL OF THE COMPLAINT WITH PREJUDICE**.

**IT IS THEREFORE ORDERED** that:

1.    Plaintiff is allowed until January 22, 2016 to respond to "Defendants' Motion to Dismiss" (document #17).

2.    The Clerk is directed to send copies of this Order to the <u>pro se</u> Plaintiff; to defense counsel; <u>and to the Honorable Max O. Cogburn, Jr.</u>

**SO ORDERED**.

Signed: December 9, 2015

David S. Cayer
United States Magistrate Judge