# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL ACTION NO: 1:15-CV-200-MOC-DSC

| | |
|---|---|
| **JUAN JOSE RAMIREZ,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **BORGWARNER TURBO SYSTEMS,** et. al., | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

**THIS MATTER** is before the Court on pro se Plaintiff's "Motion for Waiver of Mediation Fee" (document #36) and "Motion for Appointment of Spanish Interpreter at Government Expense" (document #37).

By Order entered this date, the Court has appointed PSAP counsel to assist Plaintiff in a mediated settlement conference. The pending Motions are denied without prejudice pending Plaintiff conferring with his PSAP counsel.

**IT IS THEREFORE ORDERED THAT:**

1. Plaintiff's "Motion for Waiver of Mediation Fee" (document #36) and "Motion for Appointment of Spanish Interpreter at Government Expense" (document #37) are **DENIED WITHOUT PREJUDICE**.

2. The Clerk is directed to send copies of this Order to the pro se Plaintiff; to defense counsel; and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: June 23, 2016

_____
David S. Cayer
United States Magistrate Judge